Submitted on record and briefs May 30, affirmed December 26, 2007

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

RUSSELL G. FERRY,
*Defendant-Appellant.*

Multnomah County Circuit Court
050241864; A129088

174 P3d 1082

Peter A. Ozanne, Executive Director, Peter Gartlan, Chief Defender, Legal Services Division, and Ryan T. O'Connor, Deputy Public Defender, Office of Public Defense Services, filed the opening brief for appellant. On the reply brief was Peter Gartlan, Chief Defender, Legal Services Division.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Paul L. Smith, Assistant Attorney General, filed the brief for respondent.

Before Landau, Presiding Judge, and Ortega, Judge, and Carson, Senior Judge.

PER CURIAM

Affirmed. *State v. Rodriguez*, 217 Or App 24, 175 P3d 471 (2007).